**FIRST FINANCIAL BANK OF ST. LOUIS, Respondent,**

v.

**Robert McGOWAN, Appellant.**

**No. 70579.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 10, 1997.

Aaron Stuart Dubin, Clayton, for appellant.

H. Clay Billingsley, John A. Kilo, Corey M. Lavinsky, St. Louis, for respondent.

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Appellant, Robert McGowan, appeals the trial court's judgment awarding Respondent, First Financial Bank, principal plus interest and attorney's fees on a personal guaranty executed by Appellant. The matter was tried without a jury. Appellant asserts the trial court erred in admitting the promissory note and personal guaranty into evidence and that insufficient evidence existed of Respondent's reliance on the guaranty in executing the promissory note. We have reviewed the